# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HUDSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00452-SKO<br><br>**JOINT STIPULATION EXTENDING DEFENDANT CITIBANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF BRADLEY HUDSON'S COMPLAINT**<br><br>Hon. Sheila K. Oberto<br>Action Filed: April 16, 2024<br>Trial Date: Not set. |

　　　　Plaintiff BRADLEY HUDSON ("Plaintiff") and Defendant CITIBANK, N.A. ("Citibank") (together, the "Parties") hereby stipulate to and request an order extending Citibank's deadline to respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a):

　　　　WHEREAS, on April 16, 2024, Plaintiff filed his Complaint in the above-entitled matter;

　　　　WHEREAS, on May 17, 2024, counsel for the Parties stipulated to extend Citibank's response deadline by 28 days to June 13, 2024; and

　　　　WHEREAS, Citibank has not previously obtained an extension of its deadline to respond to the Complaint.

　　　　NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

　　　　Citibank's deadline to respond to the Complaint shall be extended until June 13, 2024.

This Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available in this action.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 21, 2024 | LAW OFFICES OF MELINDA J. STEUER<br>/s/ Melinda J. Steuer<br>Melinda J. Steuer<br>Attorneys for Plaintiff Bradley Hudson |
| Dated: May 21, 2024 | BRYAN CAVE LEIGHTON PAISNER LLP<br>/s/ Jasdeep S. Atwal<br>Jasdeep S. Atwal<br>Attorneys for Defendant Citibank, N.A. |

## ORDER

The Court, having considered the parties' joint stipulation (Doc. 5), and finding that good cause exists, hereby ORDERS as follows: Defendant's deadline to respond to Plaintiff's Complaint shall be extended until June 13, 2024.

IT IS SO ORDERED.

Dated:   **May 23, 2024**                    /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE