**BRYAN CAVE LEIGHTON PAISNER LLP**
Jasdeep S. Atwal, California Bar No. 318309
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:    (310) 576-2100
Facsimile:     (310) 576-2200
E-Mail:         jasdeep.atwal@bclplaw.com

Attorneys for Defendant Citibank, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HUDSON, an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　　　Defendant. | Case No. 1:24-CV-00452-SKO<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANT CITIBANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF BRADLEY HUDSON'S COMPLAINT**<br><br>**(Doc. 8)**<br><br>Hon. Sheila K. Oberto<br><br>Action Filed: April 16, 2024<br>Trial Date: Not set. |

Having reviewed the Joint Stipulation and Request for Order to Extend Defendant Citibank, N.A.'s ("Citibank") Deadline to Respond to Plaintiff Bradley Hudson's ("Plaintiff") Complaint (the "Joint Stipulation") (Doc. 8), and finding good cause therefor, the Court grants the relief requested in the Joint Stipulation and hereby orders that Citibank's deadline to respond to Plaintiff's Complaint shall be July 8, 2024.

IT IS SO ORDERED.

Dated:   **June 13, 2024**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE