**BRYAN CAVE LEIGHTON PAISNER LLP**
Jasdeep S. Atwal, California Bar No. 318309
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone:      (310) 576-2100
Facsimile:       (310) 576-2200
E-Mail: jasdeep.atwal@bclplaw.com

Attorneys for Defendant Citibank, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HUDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>Defendant. | Case No. 1:24-CV-00452-SKO<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR ORDER EXTENDING DEFENDANT CITIBANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFF BRADLEY HUDSON'S COMPLAINT**<br><br>Hon. Sheila K. Oberto<br><br>Action Filed: April 16, 2024<br>Trial Date: Not set. |

Plaintiff BRADLEY HUDSON ("Plaintiff") and Defendant CITIBANK, N.A. ("Citibank") (together, the "Parties") hereby stipulate to and request an order extending Citibank's deadline to respond to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6 and Local Rule 144(a):

**WHEREAS**, on April 16, 2024, Plaintiff filed his Complaint in the above-entitled matter;

**WHEREAS**, on July 8, 2024, counsel for the Parties stipulated to extend Citibank's Response deadline by to July 29, 2024;

**WHEREAS**, on July 9, 2024 this Court issued an order extending Citibank's deadline to respond to the Complaint to July 29, 2024;

**WHEREAS**, the complaint and subsequent motion to dismiss filed in *The People of the State of New York v. Citibank, N.A.*, filed in the United States District Court for the Southern District of New York as case no. 1:24-cv-00659 (the "SDNY Action"), involve allegations and arguments similar to those asserted/likely to be asserted in this action, and the resolution of the

pending motion to dismiss may influence the resolution of this action;

**WHEREAS**, the parties believed that the motion to dismiss in the SDNY Action was likely to be decided in early-to-mid July;

**WHEREAS**, the motion to dismiss in the SDNY Action is still pending;

**WHEREAS**, Citibank is informed and believes that the parties entered into an enforceable arbitration agreement embracing Plaintiff's claims;

**WHEREAS**, the parties have reached an agreement to submit their claims to arbitration and are in the process of preparing a stipulation reflecting their agreement;

**WHEREAS**, the parties agree that a further two-week extension of Citibank's response deadline will therefore promote judicial economy;

**NOW, THEREFORE, THE PARTIES STIPULATE AS FOLLOWS:**

Citibank's deadline to respond to the Complaint shall be extended until August 12, 2024. This Stipulation is made without prejudice to, or waiver of, any rights or defenses otherwise available in this action.

**IT IS SO STIPULATED.**

Dated: July 26, 2024　　　　　　　　**LAW OFFICES OF MELINDA J. STEUER**
　　　　　　　　　　　　　　　　　　Melinda J. Steuer
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Bradley Hudson

Dated: July 26, 2024　　　　　　　　**BRYAN CAVE LEIGHTON PAISNER LLP**
　　　　　　　　　　　　　　　　　　*/s/ Jasdeep S. Atwal*
　　　　　　　　　　　　　　　　　　Jasdeep S. Atwal
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Citibank, N.A

**ORDER**

Having reviewed the Joint Stipulation and Request for Order to Extend Defendant Citibank, N.A.'s ("Citibank") Deadline to Respond to Plaintiff Bradley Hudson's ("Plaintiff") Complaint (the "Joint Stipulation"), and finding good cause therefor, the Court grants the relief requested in the Joint Stipulation and hereby orders that Citibank's deadline to respond to Plaintiff's Complaint shall be August 12, 2024.

IT IS SO ORDERED.

Dated: **July 30, 2024**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE