1 **BRYAN CAVE LEIGHTON PAISNER LLP**
Jasdeep S. Atwal, California Bar No. 318309
2 120 Broadway, Suite 300
Santa Monica, California 90401-2386
3 Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
4 E-Mail: jasdeep.atwal@bclplaw.com

5 Attorneys for Defendant Citibank, N.A.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HUDSON, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITIBANK, N.A.,<br><br>　　　　　　Defendant. | Case No. 1:24-CV-00452-SKO<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFF'S CLAIMS TO ARBITRATION AND STAYING ACTION**<br><br>**(Doc. 15)**<br><br>Hon. Sheila K. Oberto<br><br>Action Filed: April 16, 2024<br>Trial Date: Not set. |

Having reviewed the Joint Stipulation to Submit Plaintiff Bradley Hudson's ("Plaintiff") Claims to Arbitration and Request for Order Staying Action (the "Stipulation") (Doc. 15), and finding good cause therefor, the Court grants the relief requested in the Stipulation and hereby orders as follows:

1. Plaintiff will submit the claims alleged in the operative Complaint to binding arbitration with the American Arbitration Association (the "AAA") under the AAA's Consumer Arbitration Rules;

2. The case is stayed during the pendency of the arbitration proceedings; and

3. The parties shall file a joint report every sixty days as to the status of the arbitration process, or fourteen days from the entry of a final award in the arbitration proceedings, whichever is sooner.

IT IS SO ORDERED.

Dated:   **August 14, 2024**                    /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE