# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY HUDSON, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br><br>CITIBANK, N.A.,<br><br><br>            Defendant. | Case No.  1:24-cv-0452-EGC<br><br>**ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE**<br><br>(Doc. 24 ) |

On May 29, 2026, the parties filed a joint stipulation dismissing the action with prejudice.[1] (Doc. 24).  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is DIRECTED to close this case.


IT IS SO ORDERED.

Dated:   **May 29, 2026**                    _____
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' stipulation also provided that "the Court will and does retain jurisdiction. . . to enforce the Settlement Agreement."  (*See* Doc. 24 at 2).  The Court in its discretion declines to adopt this portion of the stipulation.  *See Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381 (1994); *Camacho v. City of San Luis*, 359 F. App'x 794, 798 (9th Cir. 2009); *California Sportfishing Prot. All. v. Agric. Mgmt. & Prod. Co., Inc.*, No. 2:14-cv-02328-KJM-AC, 2016 WL 4796841, at *1 (E.D. Cal. Sept. 14, 2016) (noting that "the court in its discretion typically declines to maintain jurisdiction to enforce the terms of the parties' settlement agreement.").